**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David Richard Diller Jr. | CHAPTER 13 |
| | BKY. NO. 19-21358 CMB |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

               Respectfully submitted,

               **/s/James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               Attorney I.D. No. 42524
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA 19106
               412-430-3594
               jwarmbrodt@kmllawgroup.com