**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
Case No. **19−21358−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   David Richard Diller Jr.
   575 Sarver Rd
   Sarver, PA 16055

Social Security No.:
   xxx−xx−1596

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Dai Rosenblum
254 New Castle Road Suite B
Butler, PA 16001−2529
Telephone number: 724−283−2900

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
August 19, 2019
09:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
August 19, 2019
09:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/12/19

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-21358-CMB
David Richard Diller, Jr.                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas             Page 1 of 2              Date Rcvd: Jul 12, 2019
                              Form ID: rsc13         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
```
db             +David Richard Diller, Jr.,    575 Sarver Rd,    Sarver, PA 16055-9222
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
15042700       +ATI Benefits Center,    12421 Meredith Drive,    Urbandale, IA 50398-9001
15042699       +Armstrong Cable Services,    437 N. Main St.,    Butler, PA 16001-4358
15042701      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998-2235)
15042702        BHS Dermatology,    P.O. Box 1549,    Suite 701,    Butler, PA 16003-1549
15042703       +Butler County Tax Claim Bureau,    P.O. Box 1208,    Butler, PA 16003-1208
15042704        Butler Medical Providers,    PO Box 1549,    Butler, PA 16003-1549
15042706        Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
15035426      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
15042709       +Freeport EMS,    P.O. Box 158,    Freeport, PA 16229-0158
15042713        Macy’s Visa,    P.O. Box 8218,    Mason, OH 45040-8218
15042714        Mirand Response Systems, Inc.,    P.O. Box 219050,    Houston, TX 77218-9050
15042715       +National Enterprise Systems,    2479 Edison Blvd.,    Unit A,    Twinsburg, OH 44087-2476
15042718       +PNC Bank,   P.O. Box 747032,    Pittsburgh, PA 15274-7032
15042717        PNC Bank,   P.O. Box 5570,    Cleveland, OH 44101-0570
15042719       +PNC Bank NA,    PO Box 94982,    Cleveland, OH 44101-4982
15026153       +Peoples Gas Bankruptcy Dept.,    Attn. Dawn Linder,    375 North Shore Drive,    Suite 600,
                 Pittsburgh, PA 15212-5866
15040682       +Peoples Gas Company LLC,    f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15042720        Sears Charge Plus,    P.O. Box 183081,    Columbus, OH 43218-3081
15042723        Wells Fargo Auto Finance,    PO Box 19657,    Irvine, CA 92623-9657
15051967       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2019 02:53:54      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
15042705        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 13 2019 02:57:59      Capital One Bank,
                 P.O. Box 5155,    Norcross, GA 30091
15042708        E-mail/Text: mrdiscen@discover.com Jul 13 2019 02:53:19      Discover,    P.O. Box 15251,
                 Wilmington, DE 19886-5251
15042710        E-mail/Text: cio.bncmail@irs.gov Jul 13 2019 02:53:27      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
15042712        E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2019 02:56:48      JC Penney/SYNCHB,
                 P.O. Box 965007,    Orlando, FL 32896-5007
15068174        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2019 02:58:03
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15042721       +E-mail/Text: EBankruptcy@UCFS.NET Jul 13 2019 02:54:48      United Consumer Financial Services,
                 865 Bassett Road,    Westlake, OH 44145-1194
15042722        E-mail/Text: bnc@alltran.com Jul 13 2019 02:53:21      United Recovery Services, Inc.,
                 P.O. Box 722929,    Houston, TX 77272-2929
15042724        E-mail/Text: bankruptcy@firstenergycorp.com Jul 13 2019 02:54:10      West Penn Power,
                 P. O. Box 3687,    Akron, OH 44309-3687
15052159       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 13 2019 02:54:10      West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
15042725        E-mail/Text: ebankruptcy@woodforest.com Jul 13 2019 02:54:26      Woodforest National Bank,
                 P.O. Box 7889,    Spring, TX 77387-7889
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
15042707*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Preferred Account,     Payment Processing Center,   P.O. Box 6403,
                 Carol Stream, IL 60197-6403)
15042711*      +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Ave,
                 Pittsburgh, PA 15222-4107
15042716*      +Peoples Gas Bankruptcy Dept.,    Attn. Dawn Linder,    375 North Shore Drive,    Suite 600,
                 Pittsburgh, PA 15212-5866
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: dpas                  Page 2 of 2                  Date Rcvd: Jul 12, 2019
                               Form ID: rsc13              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
          Dai   Rosenblum    on behalf of Debtor David Richard Diller, Jr. Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```