**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID RICHARD DILLER, JR., ) | |
| ) | Bankruptcy No.: 19-21358-CMB |
| Debtor(s). ) | |
| ) | |
| ) | Chapter 13 |
| DAVID RICHARD DILLER, JR., Debtor, ) | |
| ) | |
| Movant, ) | Related to: Document No. 53 |
| ) | |
| v. ) | |
| ) | |
| ATI BENEFIT CONNECTION, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| SSN XXX-XX-1596 ) | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

**ATI Benefit Connection**
**ATTN: Manager - Payroll Department**
P.O. Box 1430
Lincolnshire, IL 60069-1430

shall deduct from said income the sum of **$577.90 per monthly pay period, for a total monthly payment of $577.90**, beginning on the next pay day following receipt of this Order, and shall deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

       IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and the local form, but the social security number shall not be included on the certificate.

       IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

       IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

       IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

       IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: November 8, 2019

                                                        _____  glb
                                                        Carlota M. Böhm
                                                        Chief United States Bankruptcy Judge

                                                         FILED
                                                         11/8/19 9:29 am
                                                         CLERK
                                                         U.S. BANKRUPTCY
                                                         COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Richard Diller, Jr.  
       Debtor

Case No. 19-21358-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Nov 08, 2019  
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.  
db          +David Richard Diller, Jr.,   575 Sarver Rd,   Sarver, PA 16055-9222  
                ATI Benefit Connection,   ATTN: Manager - Payroll Department,   P.O. Box 1430,    Lincolnshire, IL  60069-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:  
          Dai  Rosenblum    on behalf of Debtor David Richard Diller, Jr. Jody@dairosenblumbankruptcy.com,     pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC     sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                         TOTAL: 5