**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
- - - - - - - - - - - - - - - - - X

In re:                             :

DAVID RICHARD DILLER, JR.,         : CASE NO. 19-21358-CMB
      Debtor.
                                   : CHAPTER NO. 13

RONDA J. WINNECOUR, Trustee,
      Movant                       : Response date: 11/27/20
                                     Conciliation date: 1/21/21
    v.                             : Conciliation time: 10:00 am

DAVID RICHARD DILLER, JR.,         : Relates to Doc. No. 69
      Respondent.
                                   :
- - - - - - - - - - - - - - - - - X
```

**EXHIBIT A TO AFFIDAVIT/RESPONSE TO TRUSTEE'S CERTIFICATE OF**

**DEFAULT – PROOF OF PLAN PAYMENT**

(Exhibit begins on following page)

Respectfully submitted,

December 21, 2020          /s/ Dai Rosenblum
                           Dai Rosenblum, Attorney for
                           David R. Diller, Jr., Debtor
                           254 New Castle Road, Suite B
                           Butler, PA  16001-2529
                           (724) 283-2900 PA ID No. 31802
                           dai@dairosenblumbankruptcy.com




**Mr. David Diller**
575 Sarver Rd.
Sarver, PA 16055

---

**UNITED STATES POSTAL SERVICE** — **POSTAL MONEY ORDER**

Serial Number: 26981550538
Date: 2020-12-18   160580
Amount: $500.00
Five Hundred Dollars and 00/100 ************

Pay to: Ronda J. Winnecour
Address: P.O. Box 84051
Chicago IL 60689-4002
Memo: # 19-21358

From: David R. Diller
Address: 575 Sarver Rd
Sarver Pa 16055

Clerk 21

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈000000800 2⑈   26981550538⑈



---

Ronda J. Winnecour
Trustee W.D.P.a.
P.O. Box 84051
Chicago IL 60689-4002