# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | DAVID RICHARD DILLER |
| **Case Number:** | 19-21358-CMB          **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 21, 2021 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/22/21 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#66 Trustee's Certificate of Default Requesting Dismissal of Case
#69 Response by Debtor
#70 Exhibit A to Docket #69 - Proof of Plan Payment
**R / M #:** 66 / 0

### *Appearances:*

Rosenblum

Debtor:
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: