UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
DAVID RICHARD DILLER, JR.

Debtor(s)
Ronda J. Winnecour, Trustee
Movant
vs.
DAVID RICHARD DILLER, JR.

Respondent(s)

Case No. 19-21358CMB
Chapter 13

Related to Document No._66____

## ORDER

AND NOW, this 22nd day of ___January___, 20 21 , the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is *ORDERED, ADJUDGED and DECREED:*

☐    This case is *DISMISSED,* with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is *DISMISSED,* without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is *FURTHER ORDERED* as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.      The Clerk shall give notice to all creditors of this dismissal.

D.      Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.      The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)      the time deadline provided by state law; or

(2)      30 days after the date of this notice.

☑  This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_ 2959 effective____ 2-21_____.

☐  This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐  Other: _____
_____
_____
_____
_____
_____

BY THE COURT:

Dated : ___January 22, 2021___

_Carlota M. Böhm_    **glb**
Carlota M. Böhm
Chief United States Bankruptcy Judge

Page 2 of 2

FILED
1/22/21 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-21358-CMB |
|---|---|
| David Richard Diller, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dpas | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Richard Diller, Jr., 575 Sarver Rd, Sarver, PA 16055-9222 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15042700 | + | ATI Benefits Center, 12421 Meredith Drive, Urbandale, IA 50398-9001 |
| 15042699 | + | Armstrong Cable Services, 437 N. Main St., Butler, PA 16001-4358 |
| 15042701 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 15042702 | | BHS Dermatology, P.O. Box 1549, Suite 701, Butler, PA 16003-1549 |
| 15042703 | + | Butler County Tax Claim Bureau, P.O. Box 1208, Butler, PA 16003-1208 |
| 15042704 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15035426 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15042713 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's Visa, P.O. Box 8218, Mason, OH 45040-8218 |
| 15042709 | + | Freeport EMS, P.O. Box 158, Freeport, PA 16229-0158 |
| 15042714 | | Mirand Response Systems, Inc., P.O. Box 219050, Houston, TX 77218-9050 |
| 15042715 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 15042718 | + | PNC Bank, P.O. Box 747032, Pittsburgh, PA 15274-7032 |
| 15026153 | + | Peoples Gas Bankruptcy Dept., Attn. Dawn Linder, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 15040682 | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15042720 | | Sears Charge Plus, P.O. Box 183081, Columbus, OH 43218-3081 |
| 15042723 | | Wells Fargo Auto Finance, PO Box 19657, Irvine, CA 92623-9657 |
| 15051967 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15042705 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 23 2021 03:42:48 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 15042707 | Email/PDF: DellBKNotifications@resurgent.com | Jan 23 2021 03:47:50 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197-6403 |
| 15042708 | Email/Text: mrdiscen@discover.com | Jan 23 2021 03:18:00 | Discover, P.O. Box 15251, Wilmington, DE 19886-5251 |
| 15042710 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2021 03:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15042712 | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:47:31 | JC Penney/SYNCHB, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15042706 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 23 2021 03:47:35 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15239805 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2021 03:18:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

District/off: 0315-2                         User: dpas                              Page 2 of 3

Date Rcvd: Jan 22, 2021                      Form ID: pdf900                         Total Noticed: 34

| 15042717 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 23 2021 03:18:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 15042719 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 23 2021 03:18:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101-0570 |
| 15068174 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 23 2021 03:42:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15042721 | + | Email/Text: EBankruptcy@UCFS.NET | | |
| | | | Jan 23 2021 03:19:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15042722 | | Email/Text: bnc@alltran.com | | |
| | | | Jan 23 2021 03:18:00 | United Recovery Services, Inc., P.O. Box 722929, Houston, TX 77272-2929 |
| 15042724 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Jan 23 2021 03:19:00 | West Penn Power, P. O. Box 3687, Akron, OH 44309-3687 |
| 15052159 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Jan 23 2021 03:19:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15042725 | | Email/Text: ebankruptcy@woodforest.com | | |
| | | | Jan 23 2021 03:19:00 | Woodforest National Bank, P.O. Box 7889, Spring, TX 77387-7889 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| 15042711 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 15042716 | *+ | Peoples Gas Bankruptcy Dept., Attn. Dawn Linder, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Dai Rosenblum | |
| | on behalf of Debtor David Richard Diller  Jr. Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |

District/off: 0315-2

User: dpas

Date Rcvd: Jan 22, 2021

Form ID: pdf900

Total Noticed: 34

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
PNGbankruptcy@peoples-gas.com

Sheetal Ramesh Shah-Jani
on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com


TOTAL: 6