**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David Richard Diller Jr.**
    Debtor(s)

Bankruptcy Case No.: 19–21358–CMB

Chapter: 13
Docket No.: 75 – 74
Concil. Conf.: August 19, 2021 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **July 22, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **August 6, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **August 19, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 7, 2021

    Carlota M. Bohm
    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 19-21358-CMB

David Richard Diller, Jr.                                                                            Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: gamr                                          Page 1 of 3

Date Rcvd: Jun 07, 2021                       Form ID: 410                                 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Richard Diller, Jr., 575 Sarver Rd, Sarver, PA 16055-9222 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15042700 | + | ATI Benefits Center, 12421 Meredith Drive, Urbandale, IA 50398-9001 |
| 15042699 | | Armstrong Cable Services, 437 N. Main St., Butler, PA 16001-4358 |
| 15042701 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 15042702 | | BHS Dermatology, P.O. Box 1549, Suite 701, Butler, PA 16003-1549 |
| 15042703 | + | Butler County Tax Claim Bureau, P.O. Box 1208, Butler, PA 16003-1208 |
| 15042704 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15035426 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15042709 | + | Freeport EMS, P.O. Box 158, Freeport, PA 16229-0158 |
| 15042714 | | Mirand Response Systems, Inc., P.O. Box 219050, Houston, TX 77218-9050 |
| 15042715 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 15042718 | + | PNC Bank, P.O. Box 747032, Pittsburgh, PA 15274-7032 |
| 15026153 | + | Peoples Gas Bankruptcy Dept., Attn. Dawn Linder, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 15040682 | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15042723 | | Wells Fargo Auto Finance, PO Box 19657, Irvine, CA 92623-9657 |
| 15051967 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15042705 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 00:36:16 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 15042707 | Email/PDF: DellBKNotifications@resurgent.com | Jun 08 2021 00:36:19 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197-6403 |
| 15042708 | Email/Text: mrdiscen@discover.com | Jun 08 2021 01:37:00 | Discover, P.O. Box 15251, Wilmington, DE 19886-5251 |
| 15042713 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2021 00:36:21 | Macy's Visa, P.O. Box 8218, Mason, OH 45040-8218 |
| 15042710 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2021 01:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15042712 | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2021 00:39:03 | JC Penney/SYNCHB, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15042706 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 08 2021 00:36:15 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15239805 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2021 01:37:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

District/off: 0315-2 | User: gamr | Page 2 of 3
Date Rcvd: Jun 07, 2021 | Form ID: 410 | Total Noticed: 34

| | | | |
|---|---|---|---|
| 15042717 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2021 01:37:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 15042719 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2021 01:37:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101-0570 |
| 15068174 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2021 00:39:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15042720 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2021 01:33:20 | Sears Charge Plus, P.O. Box 183081, Columbus, OH 43218-3081 |
| 15042721 | + Email/Text: EBankruptcy@UCFS.NET | Jun 08 2021 01:38:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15042722 | Email/Text: bnc@alltran.com | Jun 08 2021 01:37:00 | United Recovery Services, Inc., P.O. Box 722929, Houston, TX 77272-2929 |
| 15042724 | Email/Text: bankruptcy@firstenergycorp.com | Jun 08 2021 01:38:00 | West Penn Power, P. O. Box 3687, Akron, OH 44309-3687 |
| 15052159 | + Email/Text: bankruptcy@firstenergycorp.com | Jun 08 2021 01:38:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15042725 | Email/Text: ebankruptcy@woodforest.com | Jun 08 2021 01:38:00 | Woodforest National Bank, P.O. Box 7889, Spring, TX 77387-7889 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| 15042711 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 15042716 | *+ | Peoples Gas Bankruptcy Dept., Attn. Dawn Linder, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor David Richard Diller  Jr. Jody@dairosenblumbankruptcy.com, |

Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
PNGbankruptcy@peoples-gas.com

Sheetal Ramesh Shah-Jani
on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com


TOTAL: 6