Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David Richard Diller Jr.** | : | Case No. 19−21358−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Document No. 74 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this **The 4th of August, 2021,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21358-CMB |
| David Richard Diller, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 3 |
| Date Rcvd: Aug 04, 2021 | Form ID: 309 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Richard Diller, Jr., 575 Sarver Rd, Sarver, PA 16055-9222 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15042700 | + | ATI Benefits Center, 12421 Meredith Drive, Urbandale, IA 50398-9001 |
| 15042699 | + | Armstrong Cable Services, 437 N. Main St., Butler, PA 16001-4358 |
| 15042702 | | BHS Dermatology, P.O. Box 1549, Suite 701, Butler, PA 16003-1549 |
| 15042703 | + | Butler County Tax Claim Bureau, P.O. Box 1208, Butler, PA 16003-1208 |
| 15042704 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15035426 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15042709 | + | Freeport EMS, P.O. Box 158, Freeport, PA 16229-0158 |
| 15042714 | | Mirand Response Systems, Inc., P.O. Box 219050, Houston, TX 77218-9050 |
| 15042715 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 15042718 | + | PNC Bank, P.O. Box 747032, Pittsburgh, PA 15274-7032 |
| 15026153 | + | Peoples Gas Bankruptcy Dept., Attn. Dawn Linder, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 15040682 | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15051967 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15042701 | | EDI: BANKAMER.COM | Aug 05 2021 03:13:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 15042705 | | EDI: CAPITALONE.COM | Aug 05 2021 03:13:00 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 15042707 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 04 2021 23:12:57 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197-6403 |
| 15042708 | | EDI: DISCOVER.COM | Aug 05 2021 03:13:00 | Discover, P.O. Box 15251, Wilmington, DE 19886-5251 |
| 15042713 | + | EDI: CITICORP.COM | Aug 05 2021 03:13:00 | Macy's Visa, P.O. Box 8218, Mason, OH 45040-8218 |
| 15042710 | | EDI: IRS.COM | Aug 05 2021 03:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15042712 | | EDI: RMSC.COM | Aug 05 2021 03:13:00 | JC Penney/SYNCHB, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15042706 | | EDI: JPMORGANCHASE | Aug 05 2021 03:13:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15239805 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 04 2021 23:11:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2021 | Form ID: 309 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 15042717 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 04 2021 23:11:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 15042719 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 04 2021 23:11:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101-0570 |
| 15068174 | EDI: PRA.COM | Aug 05 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15042720 | EDI: CITICORP.COM | Aug 05 2021 03:13:00 | Sears Charge Plus, P.O. Box 183081, Columbus, OH 43218-3081 |
| 15042721 | + Email/Text: EBankruptcy@UCFS.NET | Aug 04 2021 23:11:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15042722 | EDI: URSI.COM | Aug 05 2021 03:13:00 | United Recovery Services, Inc., P.O. Box 722929, Houston, TX 77272-2929 |
| 15042723 | EDI: WFFC.COM | Aug 05 2021 03:13:00 | Wells Fargo Auto Finance, PO Box 19657, Irvine, CA 92623-9657 |
| 15042724 | Email/Text: bankruptcy@firstenergycorp.com | Aug 04 2021 23:11:00 | West Penn Power, P. O. Box 3687, Akron, OH 44309-3687 |
| 15052159 | + Email/Text: bankruptcy@firstenergycorp.com | Aug 04 2021 23:11:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15042725 | Email/Text: ebankruptcy@woodforest.com | Aug 04 2021 23:11:00 | Woodforest National Bank, P.O. Box 7889, Spring, TX 77387-7889 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| 15042711 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 15042716 | *+ | Peoples Gas Bankruptcy Dept., Attn. Dawn Linder, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 3 of 3 |
| Date Rcvd: Aug 04, 2021 | Form ID: 309 | Total Noticed: 34 |

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Dai Rosenblum
    on behalf of Debtor David Richard Diller Jr. Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor PNC Bank N.A. sshahjani@rascrane.com

TOTAL: 6